EMILIA PISCITELLI v. HOUSING AUTHORITY OF THE CITY OF NEWARK.

September 28, 1982.

Petition for certification denied.

ORLEANS BUILDERS & DEVELOPERS v. BRENDAN T. BYRNE, GOVERNOR OF THE STATE OF NEW JERSEY.

September 28, 1982.

Petition for certification denied.

AL OLSHAN v. HOLIDAY INNS, INC.

September 28, 1982.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF A.A.

September 28, 1982.

Petition for certification denied.